# WR-49,534-25


RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015
Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS
P.O.Box 12308  Capitol Station
Austin,Tex 78711

Dear Mr. Abel Acosta;
The reason I'm writing to you again is because I submitted a request for a responce to my petition for Review about three weeks ago but I have not heard from you.
  As I said in my last letter I need an answer from this court so that I could submit that answer to the Federal Court of Appeal Fifth Curcuit.

I received an answer about my writ and I did submit my petition for review right with it but to this date I did not get an answer to mypetition.

My Writ number is 49,534-25 trial court number is w93-42134-H(K)
  I would appreciate it very much if you give me an answer.If it's a denial or a ruling in my favor Ido need an anawer please.

I have a grievance with this state an I would like to get it salved if not in your court room then please give me an answer so that I could this problem in the Federal Court.

My Petition for Review was submitted to your office on July 31 2015.

Sincerely
GREGORY CLAYBON
3701 Vilbig rd.
Dallas,Tex.  75212

Breg Claybon

Sept. 25, 2015